IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ALMA GAMEZ and RODOLFO GAMEZ,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:26-CV-909-L-BT** |
| **WELLS FARGO BANK, N.A.; BASIM ALABOODI; and DOES 1-10,** | § | |
| Defendants. | § | |

**ORDER**

On July 9, 2026, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 5) was entered, recommending that the court dismiss without prejudice Plaintiffs' claims against Defendant Basim Alaboodi under Federal Rule of Civil Procedure 4(m) for failure to timely serve him within 90 days. Alternatively, based on the same reasoning, the magistrate judge recommends that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. No objections to the Report were filed before expiration of the fourteen-day period for filing objections, and there is no indication that Plaintiffs have made any effort to serve Basim Alaboodi since filing this action in February 2026 or since the action was removed to federal court on March 19, 2026 by Wells Fargo Bank, N.A.

Having considered the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court to the extent that the magistrate judge recommends dismissal without prejudice of Plaintiffs' claims against Basim Alaboodi under Rule 4(m). The alternative recommendation that this action

be dismissed without prejudice pursuant to Rule 41(b) is **rejected as moot**. Accordingly, the court **dismisses without prejudice** Plaintiffs' claims against Defendant Basim Alaboodi pursuant to Rule 4(m).

**It is so ordered** this 27th day of August, 2026.

Sam A. Lindsay
United States District Judge